IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____IBRAHIM HANIF_____, Plaintiff

v.

__COLORADO SPRINGS POLICE DEPARTMENT._____,

__COLORADO ATTORNY GENERAL._____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

HBAHIM HANIF #189998. 11560 CO. RD.FF-75, Las Animas, Co 81054
(Name, prisoner identification number, and complete mailing address)

NONE
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_ Pretrial detainee
\_\_\_ Civilly committed detainee
\_\_\_ Immigration detainee
_X_ Convicted and sentenced state prisoner
\_\_\_ Convicted and sentenced federal prisoner
\_\_\_ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Colorado Springs Police Department, 702 S. Nevada, 80903
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?   _X_ Yes  \_\_\_ No (*check one*). Briefly explain:

Defendants violated my 8th amendment right.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: <u>Colorado Attorney General, 1525 Sherman Street</u>
(Name, job title, and complete mailing address)

<u>Denver, Co 80203</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

<u>He is the overseeers of public officials.</u>

Defendant 2 is being sued in his/her _x_ individual and/or _x_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____SEE ATTACHED (A) (1)_____

   Supporting facts:   SEE ATTACHED (A) (1)

4

(A)(1)

Comes now Ibrahim Hanif, a pro se litigant in his 1983 lawsuit against the Colorado Springs Police Department, here after "CSPD" the petitioner was involved in an accident involving a semi big rig truck. The claims that the petitioner brings are 1.) gross negligence 2,) officer misconduct 3.) endangering the petitioner's life by wrongful conviction, the petitioner brings this case through and by his case, with # 2022-CR-2934.

 1. On June 24th 2022 the petitioner was involved in an accident that involved a semi big rig truck. Upon paramedic's arrival on the scene, both parties on the scene were unconscious. Law enforcement arrived a short time later. the petitioner was discombobulated holding his face in his hands confused, dazed as he was trying to catch his bearings, he notices his girlfriend was on a stretcher and he was allowed to speak with her before they drove away with her to the hospital. After they place the petitioner into hand cuffs, without doing a proper investigation into the accident, they arrested the defendant. Here we state that the police violated the defendants 14th amendment right to due process by arresting him when they never investigated the crime and automatically assumed the defendant was the "driver" and charged him as such. They spoke with the semi-truck driver; he never wrote a statement. Law enforcement then allowed him to leave the scene of the accident.

 2. Arresting the defendant, putting him in hand cuffs and not assessing him before attempting to transporting him, the petitioner's life was endangered based on wrongful incarceration under the violation of the petitioners 8th amendment right against cruel and unusual punishment, deliberate indifference and wanton infliction of pain as the petitioner was in and out of consciousness at the scene. The officers assumed that the defendant was inebriated at the scene because of him being in an "in and out" conscious state of wooziness. During the police's actions of putting the defendant into the back seat of the police cruiser the petitioner was in and out of consciousness 3 or 4 times, then the police officer decides to call paramedics, when the paramedics arrived the officers notices the petitioner was unconscious when he woke he notices his phone was ringing and ask to answer it. the officer said no, then got rough with the petitioner and engaged in use of force pushing the defendant back in the car aggressively, the officer accused him of kicking an officer which was not the case as there are body cam videos that show this incident in its entirety, his legs automatically went into the air due to him being aggressively pushed back into the vehicle which is obviously from the force of gravity. The officer then pulled the defendant out of the car by his legs causing the defendants entire body to hit the ground, all the while the defendant is hand cuffed and presenting no threat to the officers and the state of the petitioner's physical limitations to comply, as it was found out later at the hospital that he indeed suffered a concussion. It was also noted in hospital records that the petitioner was passing in and out of consciousness while at the hospital. There was an accusation that the defendant kicked one of the officers; there is 2 body cam video worn by the officer in question that states otherwise. The videos were presented in court under prosecutorial evidence, the videos appeared to be altered to corroborate the officer's testimony. However, the Police's actions give rise to a policy that isn't a part of, or

consistent with the constitution. This also violates the defendants 8th amendment right of cruel and unusual punishment of essentially tossing the petitioner in the back seat of the vehicle without assessing his head, neck, or any other essential medical issues that could have occurred during the collision. This is all violating department policy of the "CSPD".

3, The DUI officer could not understand the petitioner and read him his Miranda rights the following day. This should speak volumes as to the level of impact the car accident had on the petitioner. With the totality of this case, to add to the level of shock of conscience, there wasn't even a cause of the accident as to who, what, where, and how as to who was the cause of the accident in fact there wasn't any statements from anyone that was involved. They spoke with the semi-truck driver; he never wrote a statement. Law enforcement then allowed him to leave the scene of the accident.

**RELIEF**

We ask this Honorable court to grant the petitioner punitive and monetary damages in the amount of $7,000,000. The pain inflicted at the time and then after the incident of the encounter with the officers involved. There is an amount of mental anguish that goes along with pain and suffering to include wanton infliction of pain. The petitioner has suffered since the accident and the encounter with the officers involved. We ask the court to grant this request and whatever else the Honorable court sees fit.

DATE 10/24/2023

SIGNED _____

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

SEE ATTATCHED (A) (1)

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10/24/2023
(Date)

(Form Revised December 2017)

_Ibrahim, Hanif_

Printed Name

Registration         Number

# 189998

Bent County Correctional Facility

11560 County Rd. FF-75

Las Animas, CO 81054

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing IAD request has been furnished to the Clerk of the Court, by United States Mail this 24 day of ___October___ 202_3_

_Ibrahim Hanif_

Defendant, pro se

10



IBRAHIM HANIF #189998
11560 CO. RD. FF.75
LAS ANIMAS CO. 81054

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
901 19th St ROOM A 105
DENVER, COLORADO, 80294

